UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIKA CORPORATION,

    Plaintiff,

v.

                           Case No. 25-cv-10977
                           Hon. Matthew F. Leitman

LESLIE WOLSCHLEGER,

    Defendant or Respondent.
_____/

## **ADMINISTRATIVE INJUNCTION**

In this action Plaintiff Sika Corporation ("Sika") alleges that Defendant Dr. Leslie Wolschleger, a former employee of Sika, is currently in breach of a non-compete agreement that she signed while working at Sika. Now before the Court is a motion by Sika seeking a temporary restraining order and preliminary injunction to enforce the terms of the non-compete agreement. (*See* Mot., ECF No. 2.)

On April 17, 2025, the Court held a settlement conference with the parties. At the conclusion of the settlement conference, the parties agreed to continue exploring a possible agreed-upon resolution of this matter. They further agreed that it would be appropriate for the Court to issue a limited and temporary injunctive order to preserve one element of the status quo as they work toward a possible resolution. The parties agreed that the Court could preclude Dr. Wolschleger from sharing with

L & L Products any confidential and/or proprietary information concerning Sika and its business that she obtained while working for Sika.

Accordingly, until further order of the Court, **IT IS HEREBY ORDERED** that Dr. Wolschleger shall not divulge to L&L Products any confidential or proprietary information concerning Sika or its business that she acquired or learned while working at Sika. This is only an administrative injunction and is not a ruling on the merits of Sika's motion. This order shall remain in place only until the parties resolve their dispute or until the Court holds a hearing on the pending injunction motion.

If the parties' effort to resolve this case is not successful, then by not later than May 12, 2025, the Court will hold a hearing on Sika's motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2