UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIKA CORPORATION,

    Plaintiff,

v.

Case No. 25-cv-10977
Hon. Matthew F. Leitman

LESLIE WOLSCHLEGER,

    Defendant.
_____/

### ORDER TERMINATING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE (ECF No. 2)

This action concerns a non-compete agreement between Plaintiff Sika Corporation ("Sika") and Defendant Dr. Leslie Wolschleger, a former employee of Sika. Now before the Court is a motion by Sika seeking a temporary restraining order and preliminary injunction. (*See* Mot., ECF No. 2.)

Following the filing of Sika's motion, the parties informed the Court that they have settled their dispute. Accordingly, Sika's motion is now moot. The Court therefore **TERMINATES** Sika's motion without prejudice.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 3, 2025

1

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126